IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-489-WKW [WO] |
| KIMBERLY SMITH and SONYA MOMAN, | ) ) ) ) | |
| Defendants. | ) | |

# **ORDER**

On March 28, 2018, the Magistrate Judge filed a Recommendation (Doc. # 68) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 68) is ADOPTED;

2. The Motion for Discharge of Plaintiff Unum Life Insurance Company of America (Doc. # 44) is GRANTED;

3. Plaintiff Unum Life Insurance Company of America is DISCHARGED from this case and DISMISSED with prejudice;

4. The interpleader defendants are ENJOINED from instituting any state or federal action for the recovery of the proceeds under group policy number 294131;

5. The parties are realigned to represent the dispute between Kimberly Smith (Plaintiff) and Sonya Moman (Defendant), and the Clerk of the Court is DIRECTED to take the necessary steps to change the style of the case consistent with that realignment;

6. The Motion of Unum Life Insurance Company of America for an Award of Attorneys' Fees and Costs out of the Funds Deposited (Doc. # 45) is DENIED.

DONE this 26th day of April, 2018.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE